IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HEATHER ELDRIDGE,<br><br>Plaintiff,<br><br>v.<br><br>ALBERT HARRIS and VILLAGE OF CENTREVILLE,<br><br>Defendants. | Case No. 17-875 JPG/SCW |

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: June 29, 2018**         JUSTINE FLANAGAN, Acting Clerk of Court

                                    *s/Tina Gray*
                                    **Deputy Clerk**


**Approved:**    *s/J. Phil Gilbert*
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**